IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM TONY McCROAN,

      Plaintiff,

v.                          CASE NO.  4:13-cv-370-MW/GRJ

JOSEPH SMITH, Security       (formerly Adam Smith, et al.)
Chief, and
JOSEPH ZANE CHASON,
Police Officers,

      Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.55, filed May 27, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 58.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims against Joseph Smith and Joseph Chason are **DISMISSED** for failure to state a claim upon which

1

relief may be granted."

**SO ORDERED on June 19, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
