IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM TONY McCROAN,

      Plaintiff,

v.                                                          CASE NO. 4:13-cv-370-MW/GRJ

MARGUERITE J. MORGAN and
ADAM SMITH,

      Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.60, filed June 17, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 64. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objection, as this Court's opinion. Plaintiff's motion for leave to appeal *in forma pauperis*, ECF No. 59, is **DENIED** because this Court finds that the appeal is not taken in good faith.

SO ORDERED on July 2, 2014.

                                              **s/Mark E. Walker**
                                              **United States District Judge**